UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JESSE GREENBERG )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LISA WALSH, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | 3:14-cv-00058-RCJ-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>October 30, 2014 |

PRESENT:     <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     <u>     LISA MANN     </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                   </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court are several motions: first, plaintiff's motion for an extension of 120 days in which to respond to defendants' motion for summary judgment (#18); second, a duplicative version of plaintiff's extension motion (#15), which omits a page in error; third, plaintiff's motion to open discovery (#16); and fourth, plaintiff's motion to deny defendants' motion for summary judgment (#19). Defendants oppose (#20). This order follows.

In sum, plaintiff's motions relate to his belief that he requires discovery to respond to defendants' summary judgment motion (#13), which defendants filed as a responsive pleading to the amended complaint (#12). Having considered the motions and all other papers, and keeping in mind that plaintiff proceeds in this action *pro se*, the court orders as follows:

(1) The court **GRANTS IN PART** plaintiff's motion (#18) for an extension to oppose defendants' motion for summary judgment. Plaintiff shall have until **December 1, 2014** in which to oppose. Thereafter, defendants may timely reply.

(2) The court **DENIES IN PART** plaintiff's extension motion (#18), insofar as it seeks to open discovery. The court also **DENIES** plaintiff's motion to open

discovery (#16). To the extent plaintiff believes discovery is required to respond to defendants' motion for summary judgment (#13), he is instructed to comply with the requirements specified in Federal Rule of Civil Procedure 56(d).

(3) If plaintiff chooses to oppose the motion as permitted by this order, plaintiff must respond to defendant's arguments and refrain from rearticulating his requests to open discovery. Failure to comply with this order will be cause for the court to strike plaintiff's opposition. The court suggests that plaintiff review Docket No. 20 at p. 9 for clarification on what items are responsive to defendants' summary judgment arguments.

(4) The court **STRIKES** Docket No. 15 as duplicative.

(5) The court **DENIES** plaintiff's motion to deny summary judgment (#19). As described, the court will allow plaintiff to timely respond to defendants' motion on the merits, and has provided further instruction regarding adhere to Rule 56 if, as his several motions contend, plaintiff believes discovery is required.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk