UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JESSE GREENBERG,<br><br>                    Plaintiff,<br><br>v.<br><br>LISA WALSH, *et al.*,<br><br>                    Defendants. | CASE NO.: 3:14-CV-00058-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #30) entered on February 18, 2015, in which the Magistrate Judge recommends the Court grant Defendants' Motion for Summary Judgment (ECF #13).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #30).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #13) is GRANTED.  The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 31st day of March, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE